# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2012 MAR 13 P 12:30
U.S. DISTRICT COURT
NEW HAVEN, CT

## COMPLAINT FORM

Corine Carr

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. 3:12-CV-377 CSH
(To be supplied by the Court)

v.

The United States
of America

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Corine Carr is a citizen of Connecticut who
   (Plaintiff)                    (State)
   presently resides at 42 Goodyear St., New Haven, CT, 06511.
                        (mailing address)

2. Defendant United States of America is a citizen of Connecticut
              (name of first defendant)                  (State)
   whose address is 1744 Dixwell Av, Hamden, CT.

3. Defendant _____ is a citizen of _____
   (name of second defendant)                           (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

28 USCS 1346(b)(1); 28 USCS 2671; 39 USCS SEC. 409;
35A AM JuRod sec. 8; 28 USCS SEC. 2674; (Cont. on PG. 2A)

## C. NATURE OF THE CASE

BRIEFLY state the background of your case.

1. On March 15, 2011, the plaintiff filed and submitted Written Notification Claim For Damage, Injury or Death to the appropriate Federal Agency (Chief Counsel, National Tort Center, U.S. Postal Service, P.O. Box 66640, ST Louis, MO 63141-0640.

2. The Chief Counsel, National Tort Center failed to make a final disposition of the claim within six months after the claim was filed, and, according to Judiciary + Judicial Procedure Particular Proceedings 28 USCS SEC. 2675. Disposition by federal agency as prerequisite; evidence. (a) says, The failure of an agency to make final disposition of a claim within six months after it is filed shall, at the option of the claimant any time thereafter, be deemed a final denial of the claim for purposes of this section.

3. Tortious Actionable Negligence conduct actions that breached legally imposed duties that are owed to the plaintiff by the defendant, that violently struck the plaintiff's anatomy and caused personal injuries to the plaintiff's body parts and violations to the plaintiff's legal rights.

"(B. JURISDICTION)" (Cont. From Pg. 2)
35A AM JUR 2d SEC. 5; C.G.S.A. SEC. 52-584; 28 USCS SEC. 2401(b); 28 USCS 1402(b); 28 USCS SEC. 2402; 28 USCS SEC. 2675(a); 28 USCS 2672.

2A

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** <u>28 USCS SEC. 2674, Liability of United States,</u> <u>Corpus Juris Secundum Negligence, SEC. 634 Protection</u> <u>from Acts of Other persons; Generally, a proprietor of (Cont. on PG-3A)</u>

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

1. On December 15, 2010, at the postal service office that is located on 1744 Dixwell Ave., Hamden, Conn., as the Postal Service A Tech Truck engine was making extremely loud, motor vehicular accelerative noisy grinding sounds of grating noise, of metallic metal being rubbed against another piece of metallic metal as it gestured and hesitatingly trying to move forward to be driven out of the Postal Service building's right side area a parking lot and onto the main vehicular traffic area of Dixwell Ave., that truck's engine/brakes released restrained and built up pressure signals action forces of its air brakes piston compressed air;

2. Those signal forces violently gushed and poured out from underneath that truck copiously and profusely as extremely loud, noisy sounds signals forces and bursting exploding, energetic energy frictional shock signal action forces (Cont. on PG. 3C)

**Claim II:** _____
_____
_____

Supporting Facts:

3

"(D. CAUSE OF ACTION)"
"Claim I:" (Cont. From PG. 3)
a place of business or public resort must use ordinary reasonable care to protect customers, patrons or other invitees against the dangers which may be caused by the negligent or wrongful acts of his or her employees, customers or persons, where he or she has reasonable cause to anticipate the wrongful or negligent acts and probability of injury therefrom;

3. 74 AM JUR 2d TORTS SEC. 8 - Duty To Refrain From Acts Harmful To Others; 74 AM JUR 2d TORT SEC. 7 Violation of Legal Rights and Duty;

4. Corpus Juris Secundum Negligence SEC. 730 Invitee - Store and business visitors - A proprietor has the duty to make its premises reasonable safe;

5. Corpus Juris Secundum * Prior To 2010 Rev.; 72 CJS, Postal Service SEC. 11 - The United States is liable to a person patron injured by a failure to maintain postal premise in a reasonable safe condition;

6. 72 CJS, Postal Service SEC. 12 - A postal patron in a post office is an invitee;

7. 74 AM JUR 2d TORTS SEC. 17 - Malicious Acts: Failure to abstain and should abstain from involving oneself in wickedness, depravity and evil intent and should abstain from the intentional Commission of a wrongful act;

(Cont. on PG. 3B)
3A

"(D. CAUSE OF ACTION)"
"Claim I:" (Cont. From PG 3A)

8. 74 AM JUR 2d TORTS SEC. 18 Reckless Acts;

9. Corpus Juris Secundum Negligence. SEC. 114 Generally, the duty of one person toward another is ordinary, reasonable, or due care; SEC. 117, 118 & 119.;

10. C.G.S.A. SEC. 53a-181. Breach of peace: Class B. misdemeanor (a) A person is guilty of breach of peace when, with intent to cause inconvenience, annoyance or alarm, or recklessly creating a risk thereof, he: (1) engages in fighting or violent tumultuous or threatening behavior in a public place; or (2) assault or strikes another, or (3) threatens to commit any crime against another person or his property; (5) in a public place, uses abusive or obscene language or make an obscene gesture; or (6) creates a public, hazardous or physically offensive condition by any act which he is not licensed or privileged to do.;

11. C.G.S.A. SEC. 53a-181a. Creating A Public Disturbance. (a) A person is guilty of creating a public disturbance when, with intent to cause inconvenience, annoyance or alarm, or recklessly creating a risk thereof, he: (1) engages in fighting or violent, tumultuous or threatening behavior; or (2) annoys or interferes with another person by offensive conduct; or (3) make unreasonable noise.

3B

"(D. CAUSE OF ACTION)"
"Claim I:" "Supporting Facts:" (Cont. From PG. 3)
and projectile thrust over onto the sidewalk area of the main street, traffic street of Dixwell Ave, that is parallel and adjacent to the Postal Service Office building's right side area drive way, where I was walking to get to the Postal Service building and forcefully struck my groin as the truck driver stared fixedly at me.

3. The strong and powerful strength of those projectile thrust throw pitched inflictional impact to my anatomy, immediately caused me to suffered excruciating, very unpleasant sensational feeling hot burning, stingingly prickly, pain and aches in my groin, pelvis bone, vagina, thighs, legs and feet;

4. I immediately suffered urine being released from my blader and urinary track;

5. I immediately suffered shameful embarrassment distress angry thoughts to have my private parts violently attacked with an on looking audience, who's demeanor was that of it should be done and lack of care and concern to my legal rights not to inflicted with harm and pain;

6. And I immediately suffered involuntarily and uncontrollable intestinal, stomach gas stinky odor releases through my rectum repeatedly.

7. And I suffered fearful and frightful sensational feelings for the safety of those parts of my body;

3C          (Cont. on PG. 3D)

"(D. CAUSE OF ACTION)"
"Claim I:" "Supporting Facts:" (Cont. From PG 3C)
8. And, I suffered fearful and frightful sensational feelings, nervous jittery pain from being surprised unexpectedly inflicted with that extremely loud noisy sound signal action force, hearing it and feeling it.

3D

## E. OTHER LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
___Yes  _X_ No.  If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

   a. Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

   b. Name and location of court and docket number _____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

_____

   d. Issues raised: _____

_____

4

e. Approximate date of filing lawsuit: _None._

f. Approximate date of disposition: _None_

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

USCA Doc. NO: 11-5287CV/District Court Doc. NO: 3-11-CV-01438 PCD; USCA Doc. NO: 11-5251/District Court Doc. NO: 3-11-CV-01439-PCD; USCA Doc. NO: 11-5291/District Court Doc. NO: 3-11-CV-01440 PCD; USCA Doc. NO: 11-5257/District Court Doc. NO: 3-11-CV-01441 PCD; USCA Doc. NO: 11-5269/District Court Doc. NO: 3-11-CV-01442 PCD; USCA Doc. NO: 11-5293/DC Doc. NO: 3:11-CV-01443; USCA DC. NO: 11-5301/D.C. Doc. NO. 3-11-CV-01444.

## F. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

1. The plaintiff seek monetary compensation relief for the December 15, 2010 personal injuries sustained, physical pain and suffering, bruises and contusion, lacerotion to my body muscles and tissues, mental and emotional shame and embarrassment and mental and emotional fear and fright, and, invasion to my legal rights, in the amount of $15,000.00.

## G. JURY DEMAND

Do you wish to have a jury trial? Yes _____ No _X_

5

| | |
|---|---|
| _____ | *Corine Carr /Pro se* |
| Original signature of attorney (if any) | **Plaintiff's Original Signature** |
| _____ | *Corine Carr* |
| Printed Name | Printed Name |
| | *42 Goodyear Street* |
| | *New Haven, Conn., 06511* |
| ( ) | (*203*) *785-9495 (reconnected)* |
| Attorney's full address and telephone | Plaintiff's full address and telephone |
| _____ | _____ |
| Email address if available | Email address if available |

## DICLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at *42 Goodyear St, NH. Conn.* on *3-12-2012*.
  (location)                              (date)

*Corine Carr*
**Plaintiff's Original Signature**

(Rev.9/22/09)

6